The Honorable Marc L. Barreca
Chapter 7
Hearing Location: Courtroom 7106, Seattle
Hearing Date: September 27, 2013
Hearing Time: 9:30 a.m.
Response Date: September 20, 2013

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | No. 11-10035 |
| GEORGE WALTER WASHBURN | ) | |
| MARCIA ANN WASHBURN | ) | |
| | ) | NOTICE OF HEARING AND MOTION |
| | ) | FOR ORDER ALLOWING CLAIMS |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE

TO:     Debtors, Creditors, and Other Interested Parties

And to: Clerk of the Court

JUDGE: Marc L. Barreca          TIME:  9:30 a.m.
PLACE: Courtroom 7106           DATE: September 27, 2013
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Objections/Responses

Any responses or objections to the motion must be in writing, with the original filed with the

Clerk of the Bankruptcy Court, Room 6301, 700 Stewart Street, Seattle, Washington  98101, prior

to the response date which is September 20, 2013.  Failure to comply with this local rule may be

deemed by the court as opposition without merit.  If you are an attorney, your response or objection

must be filed electronically on the Court's CM/ECF system.  A copy should be delivered to the

chambers of the judge hearing this matter, a copy served on the United States Trustee, Room 5103,

700 Stewart Street, Seattle, Washington  98101, and a copy served on the Trustee at the address

NOTICE AND MOTION - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525  WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON  98104
(206) 342-7850 TELEPHONE
(206) 342-7660 FACSIMILE

shown in the lower right hand corner of this Notice or via ECF. If responsive pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief requested in the motion may be presented, without further notice, to the court ex-parte prior to the scheduled hearing.

## MOTION

COMES NOW the Chapter 7 Trustee, Ronald G. Brown, and moves this court for an order allowing claims as follows:

The trustee has examined the claims filed in the above named bankruptcy, and categorized them in accordance with the priorities set forth in 11 U.S.C. Section 726. The trustee will present a final Order Allowing Claims on the above-referenced date. Any claim objections by the trustee will be considered by the court at the time set for hearing. Modifications to the order may be made at the time of the hearing. The trustee's proposed order is as follows:

The trustee proposes to allow the following claims:

### GENERAL UNSECURED CLAIMS (Timely Filed Claims)

| Claim No. | Claimant | Amount |
|---|---|---|
| 1 | Chase Bank USA, N.A. | $9,288.75 |
| 2 | PYOD, LLC | $1,401.35 |
|  | TOTAL GENERAL UNSECURED CLAIMS | $10,690.10 |

### GENERAL UNSECURED CLAIMS (Late-Filed Claims)

| Claim No. | Claimant | Amount |
|---|---|---|
| 3 | eCast Settlement Corp. | $97.96 |
| 4 | Wells Fargo Bank, N.A. | $14,905.65 |
| 5 | Wells Fargo Card Services | $7,449.63 |
|  | TOTAL GENERAL UNSECURED CLAIMS | $22,453.24 |

**The proposed order is based on a claims register prepared by the Clerk of the Court. If a claim is not listed on the proposed order, the trustee has not been informed by the Clerk**

NOTICE AND MOTION - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

1 **that such claim has been properly filed with the Court. Unless a claimant asserting an unlisted**

2 **claim submits evidence to the trustee prior to the time of hearing that its claim has been**

3 **properly filed, such claim will not be allowed or paid. No claim may be allowed by the trustee**

4 **unless the claim is properly documented.**

5 Upon entry of an Order of Disbursement, after costs of administration are paid (which cannot

6 yet be estimated) the trustee will pay the claims, by priority, in the sequence presented above. The

7 claims in a higher creditor class will be fully satisfied before any payment is made on claims in the

8 following creditor class in priority. If, after the payments of claims in all higher priorities, there are

9 insufficient funds to fully satisfy the claims of the next unpaid creditor class in priority, the

10 claimants in that creditor class will share the remaining funds pro rata.

11 WHEREFORE, the trustee moves this court for the entry of the proposed order allowing

12 claims, prioritizing said claims in the sequence provided in the Bankruptcy Code.

13 DATED this 29th day of August, 2013.

14

15 /s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816

16 Chapter 7 Trustee

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE AND MOTION - 3

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7864 FACSIMILE